UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MUJO BEKTAS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

CASE NO. 1:16-CV-1298

HON. ROBERT J. JONKER

## **JUDGMENT**

In accordance with the Opinion and Order entered this day, Judgment is entered in favor of Respondent United States of America and against Petitioner Mujo Bektas.

Dated:    June 9, 2018        /s/ Robert J. Jonker
                                                 ROBERT J. JONKER
                                                 CHIEF UNITED STATES DISTRICT JUDGE